B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>304 West 18, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>208908406 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>304 W18th Street<br>New York, NY<br>ZIP CODE 10011 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>130 Seventh Ave' Suite 104<br>New York, NY<br>ZIP CODE 10011 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>304 West 18, LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): 304 West 18, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Authorized Individual
Todd Coutrney
Printed Name of Authorized Individual
CEO
Title of Authorized Individual
12/23/2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>304 West 18 LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. |

## AFFIDAVIT OF 304 WEST 18, LLC PURSUANT TO RULE 1007-2 OF THE LOCAL BANKRUPTCY RULES FOR THE SOUTHERN DISTRICT OF NEW YORK IN SUPPORT OF CHAPTER 11 PETITION

STATE OF NEW YORK   )
                              ss:
COUNTY OF NEW YORK  )

      Todd Courtney, being duly sworn, deposes and says:

      1.    I am the Chief Executive of 304 West 18, LLC the 100% economic owner of the above-captioned debtor (the "Debtor").

      2.    I respectfully submit this Affidavit pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"). Except as otherwise indicated, all facts set forth in this Affidavit are based upon my personal knowledge, my review of relevant documents, and my opinion based on experience.

3. I am authorized to submit this Affidavit in support of the petition by the Debtor for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") filed on the date hereof (the "Petition Date").

4. Annexed hereto as Official Form 1 is an Authorization to File Bankruptcy Petition executed by Todd Courtney, Chief Executive, evidencing the authority given of fiduciary capacities to, among other things, commence this Chapter 11 case.

### The Debtor's Business

5. Debtor, a limited liability company organized under the laws of the State of New York, which entity presently maintains its principal place of business at 130 Seventh Ave, Suite 104 , New York, New York. 304 West 18, LLC is the sole owner of the Debtor's economic interests, and Todd Courtney is its sole Manager.

6. Debtor was formed to acquire, own, hold, sell, and otherwise deal with and manage property located at 304 West 18th St. NY, NY. It currently holds title to interests in said property.

### Events Leading to the Chapter 11 Filing

304 West 18 LLC Background

7. On September 14, 2007 (the "Final Madison Realty Capital Request"), Todd Courtney requested the second of a series of 3 construction draws via email to John Sorel of Madison Realty Capital, in accordance with the mortgage commitment, after previous requests received no response. At this time 304 West 18, LLC continued construction and escrowed mortgage payment fearing Madison Realty Capital to be illiquid as it had defaulted on its mortgage construction draw obligation.

8. On October 27, 2007, John Sorel (the "Madison Realty Capital Response") finally responded to Todd Courtney acknowledging receipt of the "Final Madison Realty Capital Request" and failure to satisfy but claimed 304 West 18, LLC was in default. Madison Realty Capital had now missed its third and final construction draw payment per the terms of the construction loan but continued to assess a 24% interest rate to mortgage for 304 West 18, LLC.

9. On February 5, 2008, John Sorel directed Madison Realty Capital General Counsel to take over communication. Todd Courtney immediately contacted Mark I. Lefkowicz of Lefkowicz & Gottfried, LLP ("Debtor Counsel").

10. On February 29, 2008, Madison Realty Capital changed counsel to Cole Shatz per an email to Mark Lefkowicz from Eric Shefler. Madison Realty Capital subsequently changed counsel again and Mark Lefkowicz handled all communication going forward.

11. On or about January 21, 2009 Todd Courtney was informed Douglas A. Kellner was appointed as a receiver, 304 West 18, LLC was no longer accountable for managing the building and rent was to be held by the court. Madison Realty Capital exploited 304 West 18, LLC weakened financial position due to Madison Realty Capitals default on their obligation to 304 West 18, LLC and the demand contractors made to receive recoupment for work completed. Madison Realty Capital commenced a foreclosure proceeding.

12. Throughout 2009 the financial and economic climate dramatically deteriorated to the poor state it presently remains as of February 2010. Thru 2009 refinance options were explored and Mark I. Lefkowicz claimed a settlement was discussed with Madison Realty Capital's Counsel in the amount in or around $1,900,000. Refinance options were available despite the foreclosure proceeding however the receiver and Madison realty Capital and Madison Realty Captial Counsel prevented access to the building for normal procedural inspections to move from Letters of Intent to Refinance Committment Letters.

13. On November 17, 2009, I was informed that Madison Realty Capital had changed counsel once again which Mark Lefkowicz refferenced as reason for no access to building for refinance.

14. On December 3, 2009, per Todd Courtney's direction, Mark I. Lefkowicz engaged Madison Realty Capital's new counsel, Kriss & Freuerstein, LLP via written letter regarding mediation. No response.

15. On January 13, 2010, a Notice of Sale for the building was sent 304 West 18, LLC to occur on Feb 24th 2010 while Todd Courtney was traveling outside the US and around the country on business. Upon return new counsel for 304 West 18 LLC was sought due to inadequate representation by current counsel.

### Debtor's Proceedings

16. Since its formation in 2007, the Debtor has been managed by Todd Courtney.

17. From 2007 to present, virtually all of the funds used by the Debtor were to purchase and maintain its assets due to Madison Realty Capitals default failure in its obligation .

18. Since the Madison Realty Capital default and receivership, funds were no longer immediately available for Debtor to make payments and manage the building.

19. On February 24, 2010 sale of 304 west 18th street NY, NY 10011 is scheduled to take place after an mediation meeting was unable to be scheduled, but as of the date of this filing the sale has not been occured.

20. It is my understanding that the distressed sale of 304 West 18th Street will result in a significant loss in value of the property.

21. In light of the foregoing events, it is determined that the best interests of the Debtor (including without limitation the need to preserve and maximize the value of the assets and to minimize liabilities), its estate, its creditors, and other parties in interest dictate the filing of a chapter 11 case for the Debtor.

## Objective of Chapter 11 Case

22. Immediately, to seek to stay of foreclosure by Madison Realty Capital, so as to avoid a potential loss of value to the property and demonstrate the ability to positively restructure debt.

23. Further, 304 West 18 LLC believe the building has significant equity, can be refinanced or restructured for majority of sum, pursuant to the relevant provisions of the Bankruptcy Code.

## Information Required by Local Rule 1007-2

24. In accordance with Local Rule 1007-2(a)(2) and to the best of my knowledge, information, and belief, no case has previously been filed by or against the Debtor under Chapters 7, 11, 13, or any other provision of the Bankruptcy Code.

25. In accordance with Local Rule 1007-2(a)(3) and to the best of my knowledge, information, and belief, no creditors' committee was organized before the Petition Date.

26. In accordance with Local Rules 1007-2(a)(4) and (5), and to the best of my knowledge, information, and belief, Debtor has one secured creditor and only three unsecured creditors.(i)Madison Realty Capital 825 Third Ave, 37th Floor NY, NY 10022 Attn: John Sorel Telephone: 646-442-4206 and (ii) Dr. Stephan Quentzel 10 Union Square East NY,NY 10003 Telephone:646-345-6460 and (iii) Ronald Courtney, 5767 Lake Briar Dr. Millstadt, IL 62260 Telephone: 586-925-0054 (iv) Elizabeth Courtney, 5767 Lake Briar Dr. Millstadt, IL 62260 Telephone: 618-719-5326

27. In accordance with Local Rules 1007-2(a)(6), the following is a summary of the Debtor's assets and liabilities. The Debtor's books and records reflect that it currently has in its name only one asset: (i) its 100% interest in the building at 304 West 18th street, NY, NY 10011 which was purchased in March 2006 for approximately $2.4 million.

28. The Debtor's books and records further reflect that the Debtor's liabilities are as follows:

   a. 2.7 million construction mortgage by (i) Madison Realty Capital to Debtor in 2007, amounts have not been repaid. Madison Realty Capital is the largest creditor of the Debtor; and

   b. three creditors: (ii) Dr. Stephan Quentzel, which as of February 2010 is owed by the Debtor $100,000; and (iii)Ron Courtney, a creditor which as of February 2010 is owed by the Debtor $135,000; and (iv) Elizabeth Courtney owed $60,000.

29. In accordance with Local Rules 1007-2(a)(7), the Debtor is not a publicly held company.

30. In accordance with Local Rules 1007-2(a)(8), and to the best of my knowledge, information, and belief, only the property of the Debtor at 304 West 18th Street NY, NY 10011 is in possession or custody of receiver, assignee for the benefit of creditors, mortgagee, assignee of rents, secured creditor or any agent for any of the foregoing.

30. In accordance with Local Rules 1007-2(a)(9), and to the best of my knowledge, information, and belief, the Debtor does not lease, or otherwise hold any arrangements for any premises from which its business is operated.

31. In accordance with Local Rules 1007-2(a)(10), and to the best of my knowledge, information, and belief, the Books and records of the Debtor are in the possession of 304 West 18 LLC c/o Todd Courtney at 130 Seventh Ave, Suite 104 NY, NY 10011 The Debtor does not have any assets located outside of the United States.

32. In accordance with Local Rules 1007-2(a)(11), and to the best of my knowledge, information, and belief, foreclosure of property 304 west 18th Street NY, NY 10011 is currently pending and set for February 24th 2010 at 1pm.

33. In accordance with Local Rules 1007-2(a)(12), the Debtor is not currently under the management of the Trustees. Todd Courtney is the Chief Executive of 304 West 18 LLC since inception March 2007.

By: Todd Courtney

Sworn to and subscribed before me
This 24th day of February 2010

MAHENDRA VAGHJIANI
Notary Public, State of New York
No. 01VA6142193
Qualified in New York County
Commission Expires March 13, 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re                                                  :   Chapter 11 Case No.
                                                       :
304 WEST 18 LLC,    :                                      09-_____ (___)
                                                       :
            Debtor.                                    :
                                                       :
-------------------------------------------------------x

CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANKR. P.
1007(a)(1) AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1007-3

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and

Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District

of New York, 304 WEST 18, LLC as debtors and debtors in possession, respectufully represent as follows:


1.  100% of property located at 304 West 18th Street NY, NY 10011.


Dated: New York, New York

February 24, 2010


                                              304 West 18, LLC


                                              _____
                                              /s/ Todd Courtney
                                              Name:  Todd Courtney
                                              Title:  Chief Executive Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                  :
                  :
re 304 WEST 18 LLC:                                      Chapter 11 Case No._____
                  :
                  :
------------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

304 West 18 LLC (the "Debtor") having filed a petition for reorganization under chapter 11 of the Bankruptcy Code on February 24th 2010, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in Room ___, United States Bankruptcy Court, [One Bowling Green, New York, New York 10004] [176 Church Street, Poughkeepsie, NewYork 12601] [300 Quarropas Street, White Plains, New York 10601] on _____, ____, at __:____.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any postpetition lender to the Debtor, and the

United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: _____, New York
_____ \_\_, \_\_\_\_

_____<br>
UNITED STATES BANKRUPTCY JUDGE

B280 (Form 280) (10/05)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re _304 West 18 LLC_
　　　　Debtor

Case No. _____

Chapter _____

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

*[This form must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services I have agreed to accept............... $ _10,000_

   Prior to the filing of this statement I have received......................... $ _0_

   Balance Due................................................................................... $ _10,000_

2. I have prepared or caused to be prepared the following documents (itemize): _Petition, Local Bankruptcy Rule 1074-1(a) Corporate Resolution, Local Bankruptcy Rule 1007-2 Affidavit,_
   and provided the following services (itemize): _Corporate Ownership Statement_

3. The source of the compensation paid to me was:
   ☑ Debtor　　　☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☑ Debtor　　　☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME　　　　　　　　　　　　　　　　SOCIAL SECURITY NUMBER

X _[signature]_　　　　　　　　　　　_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_　　　　　_2/23/2010_
　　Signature　　　　　　　　　　　Social Security number of bankruptcy　　　Date
_Jeff Serravezza_　　　　　　　　petition preparer (If the bankruptcy
Printed name and title, if any, of Bankruptcy　petition preparer is not an individual,
　Petition Preparer　　　　　　　　state the Social Security number of the
Address: _415 W 24th St #6H_　　officer, principal, responsible person or
　　　　　　　　　　　　　　　　partner of the bankruptcy petition preparer.)
_New York, NY 10011_　　　　　(Required by 11 U.S.C. § 110.)

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B19 (Official Form 19) (12/07)

# United States Bankruptcy Court

In re __304 West 18 LLC__,   Case No. _____
         Debtor

                                             Chapter _____

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (*See* 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared the accompanying document(s) listed below for compensation and have provided the debtor with a copy of the document(s) and the attached notice as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Accompanying documents:
__Petition, Local Bankruptcy Rule 1074-1(a)__
__Local Bankruptcy Rule 1007-2 Affidavit__
__Corporate Ownership__
_____
_____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer:
__Jeff Serrano 224__

Social-Security No. of Bankruptcy Petition Preparer (Required by 11 U.S.C. § 110):
__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__

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address
X __[signature]__                        __2/23/2016__
Signature of Bankruptcy Petition Preparer   Date

Names and social-security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.**

## NOTICE TO DEBTOR BY NON-ATTORNEY BANKRUPTCY PETITION PREPARER
*[Must be filed with any document(s) prepared by a bankruptcy petition preparer.]*

I am a bankruptcy petition preparer. I am not an attorney and may not practice law or give legal advice. Before preparing any document for filing as defined in § 110(a)(2) of the Bankruptcy Code or accepting any fees, I am required by law to provide you with this notice concerning bankruptcy petition preparers. Under the law, § 110 of the Bankruptcy Code (11 U.S.C. § 110), I am forbidden to offer you any legal advice, including advice about any of the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether commencing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to retain your home, car, or other property after commencing a case under the Bankruptcy Code;
- the tax consequences of a case brought under the Bankruptcy Code;
- the dischargeability of tax claims;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement with a creditor to reaffirm a debt;
- how to characterize the nature of your interests in property or your debts; or
- bankruptcy procedures and rights.

*[The notice may provide additional examples of legal advice that a bankruptcy petition preparer is not authorized to give.]*

In addition, under 11 U.S.C. § 110(h), the Supreme Court or the Judicial Conference of the United States may promulgate rules or guidelines setting a maximum allowable fee chargeable by a bankruptcy petition preparer. As required by law, I have notified you of this maximum allowable fee, if any, before preparing any document for filing or accepting any fee from you.

_____  2/24/2010          _____
Signature of Debtor              Date                Joint Debtor (if any)   Date

*[In a joint case, both spouses must sign.]*

# UNITED STATES BANKRUPTCY COURT

In re **304 WEST 18 LLC,**
Debtor

Case No. _____

Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dr. Stephan Quentzel | 10 Union Sq East NY, NY 10003 646-442-4206 | Loan | | $400,000 |
| Ronald Courtney | 5767 Lake Briar Dr. Millstadt, IL 62260 586-925-0054 | Loan | | $135,000 |
| Elizabeth Courtney | 5767 Lake Briar Dr. Millstadt, IL 62260 618-719-5326 | Loan | | $60,000 |

Date: **February 24th, 2010**

Todd Courtney, Debtor
Title: Chief Executive

*[Declaration as in Form 2]*

# **Creditors Matrix**

Madison Realty Capital
825 Third Ave, 37th Floor
New York, NY 10022
646-442-4206

Dr. Stephan Quentzel
10 Union Square east
New York, NY 10003
646-345-6460

Ronald Courtney
5767 Lake Briar Dr.
Millstadt, IL 62260
586-925-0054

Elizabeth Courtney
5767 Lake Briar Dr.
Millstadt, IL 62260
618-719-5326